**No. 43580.**—Protest 982996–G of N. Y. Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 42749 dime savings banks were held dutiable as hollow ware and atomizers and paperweights similar to those the subject of *Rice* v. *United States* (T. D. 49373) and *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) were held dutiable as household utensils at 40 percent under paragraph 339.

**No. 43581.**—Protests 980204–G, etc., of F. C. G. Importers, Inc. (San Francisco).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of pourers to be placed on the necks of bottles to assist in pouring the contents therefrom. On the authority of Abstract 40204 the claim at 40 percent under paragraph 339 was sustained.

**No. 43582.**—Protest 974809–G of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel photo frames, bookends, and paperweights, plated with silver, were held dutiable at 50 percent under paragraph 339 as claimed. *Woolworth* v. *United States* (T. D. 47857), Abstract 28750, and *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) followed.

**No. 43583.**—Protests 976842–G, etc., of Hoffritz, Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Selsi* v. *United States* (C. D. 147) and *United States* v. *Oppleman* (25 C. C. P. A. 168, T. D. 49271) aneroid barometers were held dutiable as machines at 27½ percent under paragraph 372. Thermometers and weather sets similar to those the subject of Abstract 42039 were held dutiable as household utensils at 40 percent under paragraph 339.

**No. 43584.**—Protest 984893–G of American Import Co. (San Francisco).

Opinion by DALLINGER, J. On the record presented the chip wreaths in question were held dutiable as articles having as an essential feature an electrical element or device at 35 percent under paragraph 353. Abstract 42362 followed.

**No. 43585.**—Protest 988466–G of W. F. Ebert (Portland, Oreg.).

Opinion by DALLINGER, J. On the record presented the protest was overruled. Abstract 23400 cited.